18cv1054

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Kieran Kelly | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| Tanvir Choudhri M.D. and | ) | |
| Mount Sinai Health Systems, Inc. | ) | |
|     Defendants | ) | |

## PLAINTIFF'S COMPLAINT AND JURY TRIAL DEMAND

### PARTIES

1.  The plaintiff, Kieran Kelly (hereinafter "Kelly") is a resident of Mckean Pennsylvania.

2.  The defendant, Tanvir Choudhri (hereinafter "Choudhri) is medical doctor, practicing medicine at Mount Sinai Hospital, within the borough of Manhattan New York City, New York State.

3.  The defendant, Mount Sinai Health Systems, Inc. (hereinafter "MSHS"). is the owner/operator of multiple medical facilities within the Borough of Manhattan, New York City, New York State.

### JURISDICTION

5.  The court has jurisdiction over this matter based upon diversity of citizenship, pursuant to 28 U.S.C. 1332.

### STATEMENT OF FACTS

6.   At all times relevant hereto, MSCI owned, controlled, or operated Mt Sinai Hospital, located in New York City, New York State.

7.   On or about March 24, 2014, The plaintiff underwent a surgery purportedly to decompress an arachnoid cyst in his brain. Said surgery was performed at Mt. Sinai Hospital by Choudhri.

8.   On or about June 24, 2014, the plaintiff underwent a hemilaminectomy surgery on his lower back, purportedly to address pain he was experiencing in that part of his body. Said surgery was performed at Mt. Sinai Hospital by Choudhri.

9.   On or about May 7, 2015, the plaintiff underwent a fusion surgery on his lower back, purportedly to address pain he was experiencing in that part of his body. Said surgery was performed at Mt. Sinai Hospital by Choudhri.

10.  On or about August 8, 2015, the plaintiff underwent a second brain surgery purportedly to decompress an arachnoid cyst. Said surgery was performed at Mt. Sinai Hospital by Choudhri..

11.  All treatment described in paragraphs 8-10 hereof constituted continuous and uninterrupted treatment rendered to the plaintiff by both defendants.


## COUNT I:  Medical Negligence: Choudhri

12.  The plaintiff restates and incorporates paragraphs 1-11 of his Complaint as if specifically set forth herein.

13.  The defendant, Choudhri, with respect to treatment of the plaintiff, Kelly, was negligent in the following manner:

   a.   The defendant failed to exercise the degree of care and skill of the average qualified member of the medical profession practicing his/her specialty, taking into account the advances in the profession.

b.   The defendant improperly and inadequately treated or failed to treat the plaintiff's condition and its complications.

c.   The defendant negligently failed to properly diagnose the plaintiff's condition before, during or after the symptoms for which the plaintiff was being treated were known to him.

d.   The defendant failed to institute timely corrective procedures for the plaintiff's care and benefit, despite the presence of an abnormal x-ray and the risk factors exhibited by the Plaintiff.

e.   The defendant failed to care for and treat the plaintiff at a time when he knew, or in the exercise of due care should have known, of the plaintiff's need for close and timely monitoring, care and treatment.

f.   The defendant was negligent in the care and treatment of the plaintiff in other respects as will be shown at trial.

14.   As a direct and proximate result of the negligence of the defendant, Choudhri, the plaintiff, kelly, was caused to sustain severe and permanent personal injuries, was caused great pain of body and mind and has been caused to incur great medical, hospital and other expenses for said injuries.

WHEREFORE, the plaintiff demands judgment against the defendant, Choudhri for all damages sustained by him, as well as interest, attorney's fees and all other remedies available to him under applicable state and federal law.

## COUNT II: Medical Negligence: MSHS

20.   The plaintiff restates and incorporates paragraphs 1-14 of her Complaint as if specifically set forth herein.

21.   At all times relevant hereto, Choudhri was an agent, servant, or employee of MSCI.

22.   At all times relevant hereto, MSCI was legally responsible for the negligent conduct of Choudhri, based upon the doctrine of respondent superior.

23.   As a direct and proximate result of the negligence of the defendant, MSCI, the plaintiff, Kelly, was caused to sustain severe and permanent personal injuries, was caused great pain of body and mind and has been caused to incur great medical, hospital and other expenses for said injuries.

WHEREFORE, the plaintiff demands judgment against the defendant, MSCI for all damages sustained by him, as well as interest, attorney's fees and all other remedies available to him under applicable state and federal law.


THE PLAINTIFF DEMANDS A JURY TRIAL WITH RESPECT TO ALL ISSUES.




Plaintiff

Pro se


KIERAN KELLY.
5465 Pine Tree Rd.
McKean PA 16426



Date: 01 - 24 - 2018

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Kieran Kelly

**DEFENDANTS**
Tanvir CHoudhri and Mounst Sinai Health Systems, Inc.

**(b)** County of Residence of First Listed Plaintiff    Erie (PA)
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    New York
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government
  Plaintiff
- ☐ 3  Federal Question
  *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government
  Defendant
- ☒ 4  Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                              *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28 U.S.C.1332
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
5,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE                                      DOCKET NUMBER

DATE   1/31/18

SIGNATURE OF ATTORNEY OF RECORD
Kevin Kelly (8SM)

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

JS 44 Reverse (Rev. 06/17)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a)   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b)   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c)   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III.   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V.   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI.   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII.   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.



**ORLANDO & ASSOCIATES**
Counsellors At Law/Proctors in Admiralty
IOLTA ACCONT
ONE WESTERN AVENUE
GLOUCESTER, MA 01930

2894

Santander®
Santander Bank, N.A.

5-7516/110

2/1/2018

PAY TO THE
ORDER OF   United States District Court

$ **400.00

Four Hundred and 00/100************************************************   DOLLARS

United States District Court
One Courthouse Way
Boston, MA  02110

VOID AFTER 180

MEMO   Kieran Kelly

AUTHORIZED SIGNATURE

⑈00 2894⑈ ⑈0⑈⑈0 75⑈50⑈ ⑈00 270 26 300⑈⑈

ORLANDO & ASSOCIATES
      United States District Court

2894

2/1/2018                                                   400.00

Sovereign IOLTA      Kieran Kelly                          400.00

Kieran Kelly
5465 Pine Free Rd.
McKean PA 16126
814-440-2198
Hagfish_mx@yahoo.com

1/29/18

United District Court
Sothern District of New York 500 Pearl St.
New York NY 100007-1312
ATTN: Pro-Se Unit
RE: Kelly v. Tanvir Choudhri M.D. and Mount Sinai Health
Systems, Inc.
Dear Sir or Madam:
Enclosed please find for filing a civil complaint, a civil action
cover sheet, and filing fee Please advise as soon as said
complaint has been docketed.
Thank you.

Kieran

Kieran Kelly